IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARLOS ROJAS-FRITZE, Inmate #09612-000, ) ) ) Petitioner, ) ) vs. ) ) E.A. STEPP, ) ) Respondent. ) | CIVIL NO. 01-652-JLF |

## MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

This cause is before the Court on Petitioner's motion to proceed *in forma pauperis*. Petitioner, an inmate in USP Marion brings this habeas corpus action pursuant to 28 U.S.C. § 2241 to challenge his continued detention in federal custody by the Immigration and Naturalization Service (INS).

Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts provides that upon preliminary consideration by the district court judge, "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the petitioner to be notified." Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases. After carefully reviewing the petition in the present case, the Court concludes that Petitioner is not entitled to relief and the petition must be dismissed.

Petitioner says that the INS is holding him illegally. According to the petition, in 1983, Petitioner was convicted of armed robbery and sexual assault. After serving the sentences imposed

for those crimes, Petitioner was detained in USP Marion by the INS. Since he has served his sentence, Petitioner argues that he should be released or deported to Cuba.

Clearly the INS has the authority to detain aliens. In fact, an excludable alien may be detained indefinitely when his country of origin will not accept his return. *Carrera-Valdez v. Perryman*, 211 F.3d 1046, 1048 (7th Cir. 2000). While Petitioner claims that his detention is illegal, he gives no reason why the detention is unlawful. Therefore, his claim is without merit.

Accordingly, leave to proceed *in forma pauperis* is **DENIED**, this action is summarily **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

DATED: 6/17/02

_____
**DISTRICT JUDGE**

- 2 -