# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARLOS ROJAS-FRITZE, Inmate #09612-000, <br><br> Petitioner, <br><br> vs. <br><br> E.A. STEPP, <br><br> Respondent. | CIVIL NO. 01-652-JLF |

## JUDGMENT

This action came before the Court for preliminary consideration of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed without prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

NORBERT G. JAWORSKI, CLERK

June 17, 2002
Date

By: Vicki McGuire
Deputy Clerk

Approved: _____
Judge

EOD: 6-18-02

AO 72A
(Rev 8/82)